# PD-1223-15

COURT OF CRIMINAL APPEALS OF TEXAS
**AUSTIN, TEXAS**

LEONARDO RIVAS, § CCA #PD-1223-15
§
    Appellant/Petitioner, §
§
VS. § COA #04-14-00180-CR
§
THE STATE OF TEXAS, §
§
    Appellee/Respondent. § TC #12-04-10954-CR

**RECEIVED IN COURT OF CRIMINAL APPEALS**

## PETITIONER'S MOTION TO WAIVE COPY REQUIREMENTS

**OCT 16 2015**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

    Petitioner Leonardo Rivas respectfully moves the Court to waive the Abel Acosta, Clerk

11-copy filing requirement of Tex.R.App.P. 9.3(b)(1). He asks the Court to

allow him to file only one copy of his Petition for Discretionary Review **FILED IN COURT OF CRIMINAL APPEALS**

(PDR), as authorized by Tex.R.App.P. 2.

**OCT 16 2015**

    This case is pending before the Court. Leonardo's PDR is due on

November 17, 2015. Leonardo is indigent, and he cannot make the required Abel Acosta, Clerk

number of copies under Tex.R.App.P. 9.3(b)(1). The Medina County Jail does

not provide a copy machine for inmate use. Leonardo does not have enough

supplies to prepare 11 copies of his PDR. He cannot comply with Tex.R.App.P.

9.3(b)(1).

    Leonardo respectfully asks the Court to grant him permission to file

only one copy of his PDR. He asks the Court to waive Tex.R.App.P. 9.3(b)(1)

and invoke Tex.R.App.P. 2.

    WHEREFORE, Petitioner Leonardo Rivas respectfully asks this Court to

grant this Motion.

    SUBMITTED and SUBSCRIBED on this the 9TH day of October, 2015.

MANUEL G. PEREZ JR.
Notary Public
State of Texas
My Comm. Exp. 10-25-2017

Respectfully submitted,

*Leonardo Rivas*
Leonardo Rivas, Pro Se

Petitioner's Motion to Waive Copy Requirements - Page 1 of 3

3

Leonardo Rivas, Pro Se
Medina County Jail
801 Ave. Y
Hondo, Texas 78861

## DECLARATION

"I, Leonardo Rivas, presently incarcerated in the Medina County Jail in Medina County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practive and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion to Waive Copy Requirements are true and correct and that I placed this Motion in the jail's mailing system on this date.

"Executed on this the _9TH_ day of October, 2015."

Leonardo Rivas

MANUEL G. PEREZ JR.
Notary Public
State of Texas
My Comm. Exp. 10-25-2017

## CERTIFICATE OF SERVICE

I certify that on this the 9TH day of October, 2015, I served the following parties with a true and correct copy of this Motion to Waive Copy Requirements by U.S. mail through the jail's mailing system in a postpaid package to the addresses below:

      38th Judicial District Attorney
      Medina County, Texas
      3102 Avenue G
      Hondo, Texas 78861

      State Prosecuting Attorney
      P.O. Box 13046
      Capitol Station
      Austin, Texas 78711

_____
Leonardo Rivas

MANUEL G. PEREZ JR.
Notary Public
State of Texas
My Comm. Exp. 10-25-2017